IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

**HUNTINGTON DIVISION**

TRAVIS MARK EDMONDS,

                    Plaintiff,

v.                                              CIVIL ACTION NO.   3:20-0683

ROB LKU, the Nurse,
CO DIAMOND,
CO WALLACE
CO WILLEY,

                    Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court grant Defendant Rob's "Motion to Dismiss Complaint and Alternative Motion for Summary Judgment" (ECF No. 19), grant Defendant Diamond's Motion for Summary Judgment (ECF No. 27), and refer the matter back to the matter back to Magistrate Judge Aboulhosn for further proceedings concerning Defendant Wallace and Willey. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and Court **GRANTS** Defendant Rob's "Motion to Dismiss Complaint and Alternative Motion for Summary Judgment" (ECF No. 19), **GRANTS** Defendant Diamond's Motion for Summary Judgment (ECF No. 27), consistent with the findings and recommendation.

This matter will remain referred to Magistrate Judge Aboulhosn for further proceedings concerning Defendant Wallace and Willey.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:          August 5, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE