# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

TRAVIS MARK EDMONDS,

        Plaintiff,

v.                                                              CIVIL ACTION NO.   3:20-0683

C O WALLACE and
C O WILLEY,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court dismiss Plaintiff's Complaint (ECF No. 2) with prejudice, deny as moot Defendant Wallace's Motion for Summary Judgment (ECF No. 51), and remove this matter from the Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Plaintiff's Complaint (ECF No. 2) with prejudice, **DENIES as moot** Defendant Wallace's Motion for Summary Judgment (ECF No. 51), and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendation.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:	December 1, 2021

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE